Certificate Number: 01401-PAE-CC-041217639

01401-PAE-CC-041217639

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 17, 2026, at 12:57 o'clock PM EDT, Zakiya Fulton-Anderson received from GreenPath, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Eastern District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date: July 17, 2026

By: /s/Tiffanni Washington

Name: Tiffanni Washington

Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).