# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Zakiya Fulton-Anderson,<br><br>Debtor. | Case No. 26-13751<br><br>Chapter 13 |

**Certificate of Service**

I, Michael A. Cibik, certify that on September 9, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: September 9, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
USTPRegion03.PH.ECF@usdoj.gov

**Kenneth E. West, Ch. 13 Trustee**
ecfemails@ph13trustee.com

**Method of Service: First Class Mail**

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

Cornerstone
PO Box 82561
Lincoln, NE 68501

Etwn College
One Alpha Dr
Elizabethtown, PA 17022

Goldman Sachs Bank USA
Attn: Bankruptcy
P.O. Box 70379
Philadelphia, PA 19176

Headspace Training Institute
2415 Michigan Ave
Santa Monica, CA 90404-4009

Synchrony/PayPal Credit
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5064

Toyota Financial Services
Attn: Bankruptcy
PO Box 259001
Plano, TX 75025-9001

Upst/Cubi
P.o. Box 1503
San Carlos, CA 94070