klaviyo

KLAVIYO 125 Summer Street Suite 600 Boston, MA 02110
Zakiya Fulton-Anderson 1721 N. 21st Street Apt. 5 Philadelphia, PA 19121

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Zakiya Fulton-Anderson | KLAVIYO | [redacted] | 08/09/2026 | 08/22/2026 | 08/28/2026 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 64.00 | 5,331.56 | 327.95 | 1,524.32 | 0.00 | 3,479.29 |
| YTD | 1,288.00 | 109,076.26 | 5,915.26 | 32,368.57 | 5,830.25 | 64,962.18 |

**Earnings & Non-Cash Taxable Benefits**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | | | 0 | | 1,045.39 |
| Bonus | | | 0 | | 5,000.00 |
| Holiday Pay | 08/09/2026 - 08/22/2026 | 8 | 66.6442 | 533.16 | 4,756.60 |
| Imputed Income - Group Term Li | 08/09/2026 - 08/22/2026 | 0 | 0 | 3.68 | 65.69 |
| K-Flex LSA | | | 0 | | 1,212.00 |
| RSU | | | 0 | | 8,683.76 |
| Salary Pay | 08/09/2026 - 08/22/2026 | 64 | 66.6442 | 4,265.24 | 85,325.25 |
| Klaviyo Flexible Paid Time Off Pl | 08/09/2026 - 08/22/2026 | 8 | 66.6442 | 533.16 | 4,265.26 |
| Earnings & Non-Cash Taxable Benefits | | | | 5,335.24 | 110,353.95 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 326.98 | 6,773.46 |
| Medicare | 76.47 | 1,584.11 |
| Federal Withholding | 768.44 | 16,997.67 |
| State Tax - PA | 161.91 | 3,360.04 |
| SUI-Employee Paid - PA | 3.50 | 73.06 |
| City Tax - PHILA | 187.02 | 3,580.23 |
| Employee Taxes | 1,524.32 | 32,368.57 |

**Pre-Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Traditional | 266.58 | 4,810.60 |
| Dental | 5.05 | 90.90 |
| Medical | 55.51 | 999.18 |
| Vision | 0.81 | 14.58 |
| Pre-Tax Deductions | 327.95 | 5,915.26 |

**Post-Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Equity OFFSET | | 5,830.25 |
| Post-Tax Deductions | 0.00 | 5,830.25 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 213.26 | 4,015.69 |
| Basic Life and AD&D | 3.66 | 65.48 |
| Dental | 14.00 | 252.00 |
| Health Savings Account - ER | 38.46 | 692.28 |
| Long Term Disability | 3.04 | 54.42 |
| Medical | 276.72 | 4,980.96 |
| Short Term Disability | 12.18 | 218.14 |
| Vision | 3.24 | 58.32 |
| Employer Paid Benefits | 564.56 | 10,337.29 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 5,273.87 | 109,249.29 |
| Medicare - Taxable Wages | 5,273.87 | 109,249.29 |
| Federal Withholding - Taxable Wages | 5,007.29 | 104,438.69 |
| State Tax Taxable Wages - PA | 5,273.87 | 109,249.29 |
| City Tax Taxable Wages - PHILA | 5,007.29 | 95,754.93 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Fidelity Investments | Fidelity | ******8848 | | 1,739.65 | USD |
| Chase | Chase ******4667 | ******4667 | | 1,739.64 | USD |

klaviyo

KLAVIYO 125 Summer Street Suite 600 Boston, MA 02110
Zakiya Fulton-Anderson 1721 N. 21st Street Apt. 5 Philadelphia, PA 19121

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Zakiya Fulton-Anderson | KLAVIYO | [redacted] | 08/01/2026 | 08/31/2026 | 08/18/2026 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,072.42 | 0.00 | 352.39 | 720.03 | 0.00 |
| YTD | 1,224.00 | 103,744.70 | 5,587.31 | 30,844.25 | 5,830.25 | 61,482.89 |

**Earnings & Non-Cash Taxable Benefits**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | | | 0 | | 1,045.39 |
| Bonus | | | 0 | | 5,000.00 |
| Holiday Pay | | | 0 | | 4,223.44 |
| Imputed Income - Group Term Li | | | 0 | | 62.01 |
| K-Flex LSA | | | 0 | | 1,212.00 |
| RSU | 08/01/2026 - 08/31/2026 | 0 | 0 | 1,072.42 | 8,683.76 |
| Salary Pay | | | 0 | | 81,060.01 |
| Klaviyo Flexible Paid Time Off Pl | | | 0 | | 3,732.10 |
| Earnings & Non-Cash Taxable Benefits | | | | 1,072.42 | 105,018.71 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 66.49 | 6,446.48 |
| Medicare | 15.55 | 1,507.64 |
| Federal Withholding | 235.93 | 16,229.23 |
| State Tax - PA | 33.67 | 3,198.13 |
| SUI-Employee Paid - PA | 0.75 | 69.56 |
| City Tax - PHILA | | 3,393.21 |
| Employee Taxes | 352.39 | 30,844.25 |

**Pre-Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Traditional | | 4,544.02 |
| Dental | | 85.85 |
| Medical | | 943.67 |
| Vision | | 13.77 |
| Pre-Tax Deductions | 0.00 | 5,587.31 |

**Post-Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Equity OFFSET | 720.03 | 5,830.25 |
| Post-Tax Deductions | 720.03 | 5,830.25 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | | 3,802.43 |
| Basic Life and AD&D | | 61.82 |
| Dental | | 238.00 |
| Health Savings Account - ER | | 653.82 |
| Long Term Disability | | 51.38 |
| Medical | | 4,704.24 |
| Short Term Disability | | 205.96 |
| Vision | | 55.08 |
| Employer Paid Benefits | 0.00 | 9,772.73 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,072.42 | 103,975.42 |
| Medicare - Taxable Wages | 1,072.42 | 103,975.42 |
| Federal Withholding - Taxable Wages | 1,072.42 | 99,431.40 |
| State Tax Taxable Wages - PA | 1,072.42 | 103,975.42 |
| City Tax Taxable Wages - PHILA | 0.00 | 90,747.64 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| | | | | 0.00 USD |

klaviyo

KLAVIYO 125 Summer Street Suite 600 Boston, MA 02110
Zakiya Fulton-Anderson 1721 N. 21st Street Apt. 5 Philadelphia, PA 19121

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Zakiya Fulton-Anderson | KLAVIYO | [redacted] | 08/01/2026 | 08/31/2026 | 08/17/2026 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,183.36 | 0.00 | 388.86 | 794.50 | 0.00 |
| YTD | 1,224.00 | 102,672.28 | 5,587.31 | 30,491.86 | 5,110.22 | 61,482.89 |

**Earnings & Non-Cash Taxable Benefits**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | | | 0 | | 1,045.39 |
| Bonus | | | 0 | | 5,000.00 |
| Holiday Pay | | | 0 | | 4,223.44 |
| Imputed Income - Group Term Li | | | 0 | | 62.01 |
| K-Flex LSA | | | 0 | | 1,212.00 |
| RSU | 08/01/2026 - 08/31/2026 | 0 | 0 | 1,183.36 | 7,611.34 |
| Salary Pay | | | 0 | | 81,060.01 |
| Klaviyo Flexible Paid Time Off Pl | | | 0 | | 3,732.10 |
| Earnings & Non-Cash Taxable Benefits | | | | 1,183.36 | 103,946.29 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 73.37 | 6,379.99 |
| Medicare | 17.16 | 1,492.09 |
| Federal Withholding | 260.34 | 15,993.30 |
| State Tax - PA | 37.16 | 3,164.46 |
| SUI-Employee Paid - PA | 0.83 | 68.81 |
| City Tax - PHILA | | 3,393.21 |
| Employee Taxes | 388.86 | 30,491.86 |

**Pre-Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Traditional | | 4,544.02 |
| Dental | | 85.85 |
| Medical | | 943.67 |
| Vision | | 13.77 |
| Pre-Tax Deductions | 0.00 | 5,587.31 |

**Post-Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Equity OFFSET | 794.50 | 5,110.22 |
| Post-Tax Deductions | 794.50 | 5,110.22 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | | 3,802.43 |
| Basic Life and AD&D | | 61.82 |
| Dental | | 238.00 |
| Health Savings Account - ER | | 653.82 |
| Long Term Disability | | 51.38 |
| Medical | | 4,704.24 |
| Short Term Disability | | 205.96 |
| Vision | | 55.08 |
| Employer Paid Benefits | 0.00 | 9,772.73 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,183.36 | 102,903.00 |
| Medicare - Taxable Wages | 1,183.36 | 102,903.00 |
| Federal Withholding - Taxable Wages | 1,183.36 | 98,358.98 |
| State Tax Taxable Wages - PA | 1,183.36 | 102,903.00 |
| City Tax Taxable Wages - PHILA | 0.00 | 90,747.64 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| | | | | 0.00 USD |

klaviyo

KLAVIYO 125 Summer Street Suite 600 Boston, MA 02110
Zakiya Fulton-Anderson 1721 N. 21st Street Apt. 5 Philadelphia, PA 19121

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Zakiya Fulton-Anderson | KLAVIYO | [redacted] | 07/26/2026 | 08/08/2026 | 08/14/2026 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 5,331.55 | 327.95 | 1,524.32 | 0.00 | 3,479.28 |
| YTD | 1,224.00 | 101,488.92 | 5,587.31 | 30,103.00 | 4,315.72 | 61,482.89 |

**Earnings & Non-Cash Taxable Benefits**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | | | 0 | | 1,045.39 |
| Bonus | | | 0 | | 5,000.00 |
| Holiday Pay | | | 0 | | 4,223.44 |
| Imputed Income - Group Term Li | 07/26/2026 - 08/08/2026 | 0 | 0 | 3.68 | 62.01 |
| K-Flex LSA | | | 0 | | 1,212.00 |
| RSU | | | 0 | | 6,427.98 |
| Salary Pay | 07/26/2026 - 08/08/2026 | 72 | 66.6442 | 4,798.39 | 81,060.01 |
| Klaviyo Flexible Paid Time Off Pl | 07/26/2026 - 08/08/2026 | 8 | 66.6442 | 533.16 | 3,732.10 |
| Earnings & Non-Cash Taxable Benefits | | | | 5,335.23 | 102,762.93 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 326.98 | 6,306.62 |
| Medicare | 76.47 | 1,474.93 |
| Federal Withholding | 768.44 | 15,732.96 |
| State Tax - PA | 161.91 | 3,127.30 |
| SUI-Employee Paid - PA | 3.50 | 67.98 |
| City Tax - PHILA | 187.02 | 3,393.21 |
| Employee Taxes | 1,524.32 | 30,103.00 |

**Pre-Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Traditional | 266.58 | 4,544.02 |
| Dental | 5.05 | 85.85 |
| Medical | 55.51 | 943.67 |
| Vision | 0.81 | 13.77 |
| Pre-Tax Deductions | 327.95 | 5,587.31 |

**Post-Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Equity OFFSET | | 4,315.72 |
| Post-Tax Deductions | 0.00 | 4,315.72 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 213.26 | 3,802.43 |
| Basic Life and AD&D | 3.66 | 61.82 |
| Dental | 14.00 | 238.00 |
| Health Savings Account - ER | 38.46 | 653.82 |
| Long Term Disability | 3.04 | 51.38 |
| Medical | 276.72 | 4,704.24 |
| Short Term Disability | 12.18 | 205.96 |
| Vision | 3.24 | 55.08 |
| Employer Paid Benefits | 564.56 | 9,772.73 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 5,273.86 | 101,719.64 |
| Medicare - Taxable Wages | 5,273.86 | 101,719.64 |
| Federal Withholding - Taxable Wages | 5,007.28 | 97,175.62 |
| State Tax Taxable Wages - PA | 5,273.86 | 101,719.64 |
| City Tax Taxable Wages - PHILA | 5,007.28 | 90,747.64 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Fidelity Investments | Fidelity | ******8848 | | 1,739.64 | USD |
| Chase | Chase ******4667 | ******4667 | | 1,739.64 | USD |

klaviyo

KLAVIYO 125 Summer Street Suite 600 Boston, MA 02110
Zakiya Fulton-Anderson 1721 N. 21st Street Apt. 5 Philadelphia, PA 19121

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Zakiya Fulton-Anderson | KLAVIYO | [redacted] | 07/12/2026 | 07/25/2026 | 07/31/2026 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 5,331.54 | 327.95 | 1,524.33 | 0.00 | 3,479.26 |
| YTD | 1,152.00 | 96,157.37 | 5,259.36 | 28,578.68 | 4,315.72 | 58,003.61 |

**Earnings & Non-Cash Taxable Benefits**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | | | 0 | | 1,045.39 |
| Bonus | | | 0 | | 5,000.00 |
| Holiday Pay | | | 0 | | 4,223.44 |
| Imputed Income - Group Term Li | 07/12/2026 - 07/25/2026 | 0 | 0 | 3.68 | 58.33 |
| K-Flex LSA | | | 0 | | 1,212.00 |
| RSU | | | 0 | | 6,427.98 |
| Salary Pay | 07/12/2026 - 07/25/2026 | 80 | 66.6442 | 5,331.54 | 76,261.62 |
| Klaviyo Flexible Paid Time Off Pl | | | 0 | | 3,198.94 |
| Earnings & Non-Cash Taxable Benefits | | | | 5,335.22 | 97,427.70 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 326.98 | 5,979.64 |
| Medicare | 76.47 | 1,398.46 |
| Federal Withholding | 768.44 | 14,964.52 |
| State Tax - PA | 161.91 | 2,965.39 |
| SUI-Employee Paid - PA | 3.51 | 64.48 |
| City Tax - PHILA | 187.02 | 3,206.19 |
| Employee Taxes | 1,524.33 | 28,578.68 |

**Pre-Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Traditional | 266.58 | 4,277.44 |
| Dental | 5.05 | 80.80 |
| Medical | 55.51 | 888.16 |
| Vision | 0.81 | 12.96 |
| Pre-Tax Deductions | 327.95 | 5,259.36 |

**Post-Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Equity OFFSET | | 4,315.72 |
| Post-Tax Deductions | 0.00 | 4,315.72 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 213.26 | 3,589.17 |
| Basic Life and AD&D | 3.66 | 58.16 |
| Dental | 14.00 | 224.00 |
| Health Savings Account - ER | 38.46 | 615.36 |
| Long Term Disability | 3.04 | 48.34 |
| Medical | 276.72 | 4,427.52 |
| Short Term Disability | 12.18 | 193.78 |
| Vision | 3.24 | 51.84 |
| Employer Paid Benefits | 564.56 | 9,208.17 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 5,273.85 | 96,445.78 |
| Medicare - Taxable Wages | 5,273.85 | 96,445.78 |
| Federal Withholding - Taxable Wages | 5,007.27 | 92,168.34 |
| State Tax Taxable Wages - PA | 5,273.85 | 96,445.78 |
| City Tax Taxable Wages - PHILA | 5,007.27 | 85,740.36 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Fidelity Investments | Fidelity | ******8848 | | 1,739.63 USD |
| Chase | Chase ******4667 | ******4667 | | 1,739.63 USD |

klaviyo

KLAVIYO 125 Summer Street Suite 600 Boston, MA 02110
Zakiya Fulton-Anderson 1721 N. 21st Street Apt. 5 Philadelphia, PA 19121

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Zakiya Fulton-Anderson | KLAVIYO | [redacted] | 06/28/2026 | 07/11/2026 | 07/17/2026 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 5,331.55 | 327.95 | 1,524.32 | 0.00 | 3,479.28 |
| YTD | 1,072.00 | 90,825.83 | 4,931.41 | 27,054.35 | 4,315.72 | 54,524.35 |

**Earnings & Non-Cash Taxable Benefits**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | | | 0 | | 1,045.39 |
| Bonus | | | 0 | | 5,000.00 |
| Holiday Pay | 06/28/2026 - 07/11/2026 | 8 | 66.6442 | 533.16 | 4,223.44 |
| Imputed Income - Group Term Li | 06/28/2026 - 07/11/2026 | 0 | 0 | 3.68 | 54.65 |
| K-Flex LSA | | | 0 | | 1,212.00 |
| RSU | | | 0 | | 6,427.98 |
| Salary Pay | 06/28/2026 - 07/11/2026 | 72 | 66.6442 | 4,798.39 | 70,930.08 |
| Klaviyo Flexible Paid Time Off Pl | | | 0 | | 3,198.94 |
| Earnings & Non-Cash Taxable Benefits | | | | 5,335.23 | 92,092.48 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 326.98 | 5,652.66 |
| Medicare | 76.47 | 1,321.99 |
| Federal Withholding | 768.44 | 14,196.08 |
| State Tax - PA | 161.91 | 2,803.48 |
| SUI-Employee Paid - PA | 3.50 | 60.97 |
| City Tax - PHILA | 187.02 | 3,019.17 |
| Employee Taxes | 1,524.32 | 27,054.35 |

**Pre-Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Traditional | 266.58 | 4,010.86 |
| Dental | 5.05 | 75.75 |
| Medical | 55.51 | 832.65 |
| Vision | 0.81 | 12.15 |
| Pre-Tax Deductions | 327.95 | 4,931.41 |

**Post-Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Equity OFFSET | | 4,315.72 |
| Post-Tax Deductions | 0.00 | 4,315.72 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 213.26 | 3,375.91 |
| Basic Life and AD&D | 3.66 | 54.50 |
| Dental | 14.00 | 210.00 |
| Health Savings Account - ER | 38.46 | 576.90 |
| Long Term Disability | 3.04 | 45.30 |
| Medical | 276.72 | 4,150.80 |
| Short Term Disability | 12.18 | 181.60 |
| Vision | 3.24 | 48.60 |
| Employer Paid Benefits | 564.56 | 8,643.61 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 5,273.86 | 91,171.93 |
| Medicare - Taxable Wages | 5,273.86 | 91,171.93 |
| Federal Withholding - Taxable Wages | 5,007.28 | 87,161.07 |
| State Tax Taxable Wages - PA | 5,273.86 | 91,171.93 |
| City Tax Taxable Wages - PHILA | 5,007.28 | 80,733.09 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Fidelity Investments | Fidelity | ******8848 | | 1,739.64 | USD |
| Chase | Chase ******4667 | ******4667 | | 1,739.64 | USD |

klaviyo

KLAVIYO 125 Summer Street Suite 600 Boston, MA 02110
Zakiya Fulton-Anderson 1721 N. 21st Street Apt. 5 Philadelphia, PA 19121

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Zakiya Fulton-Anderson | KLAVIYO | [redacted] | 06/14/2026 | 06/27/2026 | 07/02/2026 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 56.00 | 5,331.55 | 327.95 | 1,524.57 | 0.00 | 3,479.03 |
| YTD | 1,000.00 | 85,494.28 | 4,603.46 | 25,530.03 | 4,315.72 | 51,045.07 |

| Earnings & Non-Cash Taxable Benefits | | | | | |
|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD |
| Bereavement | | | 0 | | 1,045.39 |
| Bonus | | | 0 | | 5,000.00 |
| Holiday Pay | 06/14/2026 - 06/27/2026 | 8 | 66.6442 | 533.16 | 3,690.28 |
| Imputed Income - Group Term Li | 06/14/2026 - 06/27/2026 | 0 | 0 | 3.68 | 50.97 |
| K-Flex LSA | | | 0 | | 1,212.00 |
| RSU | | | 0 | | 6,427.98 |
| Salary Pay | 06/14/2026 - 06/27/2026 | 56 | 66.6442 | 3,732.08 | 66,131.69 |
| Klaviyo Flexible Paid Time Off Pl | 06/14/2026 - 06/27/2026 | 16 | 66.6442 | 1,066.31 | 3,198.94 |
| Earnings & Non-Cash Taxable Benefits | | | | 5,335.23 | 86,757.25 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 326.98 | 5,325.68 |
| Medicare | 76.47 | 1,245.52 |
| Federal Withholding | 768.44 | 13,427.64 |
| State Tax - PA | 161.91 | 2,641.57 |
| SUI-Employee Paid - PA | 3.50 | 57.47 |
| City Tax - PHILA | 187.27 | 2,832.15 |
| Employee Taxes | 1,524.57 | 25,530.03 |

| Pre-Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) Traditional | 266.58 | 3,744.28 |
| Dental | 5.05 | 70.70 |
| Medical | 55.51 | 777.14 |
| Vision | 0.81 | 11.34 |
| Pre-Tax Deductions | 327.95 | 4,603.46 |

| Post-Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Equity OFFSET | | 4,315.72 |
| Post-Tax Deductions | 0.00 | 4,315.72 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) Match | 213.26 | 3,162.65 |
| Basic Life and AD&D | 3.66 | 50.84 |
| Dental | 14.00 | 196.00 |
| Health Savings Account - ER | 38.46 | 538.44 |
| Long Term Disability | 3.04 | 42.26 |
| Medical | 276.72 | 3,874.08 |
| Short Term Disability | 12.18 | 169.42 |
| Vision | 3.24 | 45.36 |
| Employer Paid Benefits | 564.56 | 8,079.05 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 5,273.86 | 85,898.07 |
| Medicare - Taxable Wages | 5,273.86 | 85,898.07 |
| Federal Withholding - Taxable Wages | 5,007.28 | 82,153.79 |
| State Tax Taxable Wages - PA | 5,273.86 | 85,898.07 |
| City Tax Taxable Wages - PHILA | 5,007.28 | 75,725.81 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Fidelity Investments | Fidelity | ******8848 | | 1,739.52 | USD |
| Chase | Chase ******4667 | ******4667 | | 1,739.51 | USD |