# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Zakiya Fulton-Anderson,<br><br>Debtor. | Case No. 26-13751-AMC<br><br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on November 18, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: November 18, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
USTPRegion03.PH.ECF@usdoj.gov

**Kenneth E. West, Ch. 13 Trustee**
ecfemails@ph13trustee.com

**Method of Service: First Class Mail**

Toyota Financial Services
Attn: Bankruptcy
PO Box 259001
Plano, TX 75025-9001